UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:14-mj-01092-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | **ORDER** |
| DILLARD M. DUNCAN  DEFENDANT | : | |

**THIS MATTER** coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on July 22, 2014, thirty (30) days will have passed since the defendant surrendered his license after having been charged with operating a motor vehicle under the influence of alcohol. **IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 10733 Old Centralia Road, Chester, Virginia 23831, after July 22, 2014.

This 18th day of July, 2014.

*[Signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE